UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-384 RSWL |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CURTIS FRANKLIN ROSS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court is in receipt of Defendant's Letter Requesting Deferral of Restitution Payments filed May 20, 2010 [57]. The Government is ordered to file its position papers no later than July 9, 2010. The matter will then be taken under submission.

Dated: June 11, 2010

**IT IS SO ORDERED.**

*RONALD S.W. LEW*

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge